IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                4:07CR00151-01-WRW

LANCE EDWARD GOODWIN

## AMENDED JUDGMENT & COMMITMENT

Based on a July 30, 2008 Order, the Judgment and Commitment filed in this case on June 26, 2008, is amended to reflect Defendant's true name:

LANCE EDWARD GOODWIN

The remaining portions of the Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 21st day of October, 2010., *nunc pro tunc to July 30, 2008.*

                /s/Wm. R. Wilson, Jr.
                UNITED STATES DISTRICT JUDGE

amendJ&C1.wpd